
INOLA
SMELTER
VERDIGRIS RIVER
1
2
3
4
4
4
KEY
Julie Sanders 1
Isaac Bethea 2
Brian Hill 3
Tim Brown 4

EXHIBIT 1